**Order entered June 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00845-CR**

**BILLY BOB BOWEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-54570-N**

**ORDER**

We **REINSTATE** this appeal.

We abated because appellant's brief, originally due on January 29, 2022, had not been filed. On June 9, 2022, a hearing was held, and the trial court found that appellant desires to appeal, his appointed counsel has not abandoned the appeal, and counsel represented she would file appellant's brief by June 20, 2022. We **ADOPT** those findings.

We **ORDER** appellant's brief due by June 20, 2022. We caution that the failure to file a brief by that date will result in the Court taking whatever action it deems appropriate to ensure this appeal proceeds in a more timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Hector Garza, Presiding Judge, 195th Judicial District Court; and to counsel for all parties.

/s/    ERIN A. NOWELL
         JUSTICE